# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Sa.Yav., et al.

                                Plaintiff,

v.

                                 Case No.: 1:26−cv−06472

                                 Honorable Sharon Johnson Coleman

United States Citzenship and Immigration Services, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

       MINUTE entry before the Honorable Sharon Johnson Coleman: The Government filed a motion to reassign this case. Plaintiffs filed a previous case, which was assigned to Judge Shah and voluntarily dismissed. See A.A. et al. v. USCIS, No. 26−cv−2210 (Shah, J.). In the original case, plaintiffs moved to voluntarily dismiss. The original case was therefore dismissed by Judge Shah. Plaintiffs then filed the instant case, one of four new complaints that the Government argues involve the same subject matter, the same defendants, and several of the same plaintiffs from A.A. et al. v. USCIS. Pursuant to Chief Judge Kendall's ruling on the Government's motion to reassign in SA.Z et al. v. USCIS, 26−cv−6477, another of Plaintiffs' refiled cases, the Court grants the Government's motion to reassign this case [23] and strikes Plaintiffs' motion for a Temporary Restraining Order as moot [16]. No appearance necessary on 6/11/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.